# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOONER LEGENDS, LLC, | ) |
|       Plaintiff, | ) |
| v. | ) |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, INC., NAVIGATORS INSURANCE COMPANY, INC., NAVIGATORS MANAGEMENT COMPANY, INC., MONARCH E&S INSURANCE SERVICES, INC., and TATUM INSURANCE, LLC | ) Case No. 5:21-cv-00552-C |
|       Defendants. | ) |

## ORDER

Upon Motion for Admission Pro Hac Vice of Caitlin R. Tharp (Dkt. #21), requesting that the Court allow Caitlin R. Tharp to appear and participate as counsel pro hac vice for Defendants Navigators Specialty Insurance Company, Inc., Navigators Insurance Company, Inc., and Navigators Management Company, Inc., in this case with Timila S. Rother of the firm Crowe & Dunlevy, P.C., Braniff Building, 324 North Robinson Avenue, Suite 100, Oklahoma City, Oklahoma 73102, the Court finds that the Motion should be granted.

IT IS HEREBY ORDERED that the Motion for Admission of Caitlin R. Tharp as counsel pro hac vice for Defendants Navigators Specialty Insurance Company, Inc., Navigators Insurance Company, Inc., and Navigators Management Company, Inc., is hereby granted.

**DATED** this 28th day of June 2021.

ROBIN J. CAUTHRON
United States District Judge